HONORABLE LONNY R. SUKO

NANCY L. ISSERLIS
City Attorney
ELLEN M. O'HARA
SALVATORE J. FAGGIANO
Assistant City Attorneys
OFFICE OF THE CITY ATTORNEY
808 W. Spokane Falls Blvd.
SPOKANE, WA  99201-3326
Telephone: (509)625-6225
Fax:(509)625-6277
Attorneys for Defendants City of Spokane,
   Braun, Dahle, Raleigh, Torok,
   Voeller, Uberuaga & Ferguson

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ESTATE OF OTTO ZEHM, deceased, Genevieve Mann Personal Representative; and ANN ZEHM, in her personal capacity,<br><br>            Plaintiffs,<br><br>v.<br><br>CITY OF SPOKANE, JIM NICKS, KARL THOMPSON, STEVEN BRAUN, ZACK DAHLE, ERIN RALEIGH, DAN TOROK, RON VOELLER, JASON UBERAGA, and THERESA FERGUSON, each in their personal and representative capacities,<br><br>            Defendants. | NO. CV-09-80-LRS<br><br>STIPULATED MOTION FOR ORDER FOR COURT TO RETAIN JURISDICTION WITH RESPECT TO THE BINDING SETTLEMENT AGREEMENT |

COME NOW the plaintiffs, by and through their undersigned attorneys, and Defendants, by and through their undersigned attorneys, and move the Court for an Order for the Court to retain jurisdiction of any and all disputes

STIP MOTION FOR ORDER FOR COURT TO
RETAIN JURISDICTION WITH RESPECT TO
THE BINDING SETTLEMENT AGMT - 1

NANCY L. ISSERLIS, City Attorney
OFFICE OF THE CITY ATTORNEY
5th Floor Municipal Building
Spokane, WA  99201-3326
(509) 625-6225
FAX (509) 625-6277

regarding the existence of a binding settlement agreement or the meaning or application of any term of such settlement agreement. Any disputes shall be resolved through binding arbitration, decided solely on written submission, before Judge Michael R. Hogan. It is requested that Judge Hogan retain jurisdiction for purposes of enforcing the settlement agreement entered into between the parties on June 12, 2012.

DATED this 22nd day of August, 2012.

                                               s/Nancy L. Isserlis
Nancy L. Isserlis, WSBA #11623
City Attorney
Attorney for Defendants City of Spokane,
   Braun, Dahle, Raleigh, Torok,
   Voeller, Uberuaga & Ferguson
Office of the City Attorney
808 W. Spokane Falls Blvd.
Spokane, WA  99201-3326
Telephone:  (509) 625-6225
Fax:  (509) 625-6277
Email: nisserlis@spokanecity.org

s/Breean L. Beggs
Breean L. Beggs, WSBA #20795
Paukert & Troppmann, PLLC
Attorney for Plaintiffs
522 W. Riverside Ave., Ste. 560
Spokane, WA  99201
Telephone (509) 232-7760
Email: bbeggs@pt-law.com

STIP MOTION FOR ORDER FOR COURT TO RETAIN JURISDICTION WITH RESPECT TO THE BINDING SETTLEMENT AGMT - 2

NANCY L. ISSERLIS, City Attorney
OFFICE OF THE CITY ATTORNEY
5th Floor Municipal Building
Spokane, WA  99201-3326
(509) 625-6225
FAX (509) 625-6277

```
                                    s/Jeffry Finer
                                    Jeffry Finer, WSBA #14610
                                    Attorney for Plaintiffs
                                    35 W. Main, Ste. 300
                                    Spokane, WA  99201
                                    Telephone (509) 835-5211
                                    Email: Jeffry@finer-bering.com

s/Carl Oreskovich
Carl Oreskovich, WSBA #12779
Etter McMahon Lamberson Clary & Oreskovich, PC
Attorney for Karl Thompson
618 W. Riverside Ave., Ste. 210
Spokane, WA  99201-0602
Telephone (509)747-9100
Email: carl@ettermcmahon.comm

                                    s/Kjirstin J. Graham
                                    Kjirstin J. Graham, WSBA #40328
                                    s/Theodore J. Angelis
                                    Theodore J. Angelis, WSBA #30300
                                    K&L Gates
                                    Attorneys for Jim Nicks
                                    618 W. Riverside Ave., Ste. 300
                                    Spokane, WA  99201
                                    Telephone (509) 624-2100
                                    Email: kjirstin.graham@klgates.com
                                    Email: theo.angelis@klgates.com
```

STIP MOTION FOR ORDER FOR COURT TO RETAIN JURISDICTION WITH RESPECT TO THE BINDING SETTLEMENT AGMT - 3

**NANCY L. ISSERLIS, City Attorney**
**OFFICE OF THE CITY ATTORNEY**
**5th Floor Municipal Building**
**Spokane, WA  99201-3326**
**(509) 625-6225**
**FAX (509) 625-6277**

CERTIFICATE OF SERVICE

I hereby certify that on the 22nd day of August, 2012, I electronically filed the foregoing "Stipulated Motion for Order for Court to Retain Jurisdiction With Respect to the Binding Settlement Agreement" with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following:

Breean L. Beggs
breean@cforjustice.org
Jeffry Finer
jfiner@cforjustice.org
Center for Justice
35 West Main, Suite 300
Spokane, WA 99201
Attorneys for Plaintiffs

Carl J. Oreskovich
carl@ettermcmahon.com
Etter, McMahon, Lamberson, Clary & Oreskovich, P.C.
Bank of Whitman, Suite 210
618 West Riverside Avenue
Spokane, WA 99201
Attorneys for Karl Thompson

Kjirstin J. Graham
Kjirstin.graham@klgates.com
K&L Gates LLP
618 W. Riverside Ave., Suite 300
Spokane, WA 99201-0602
Attorney for Jim Nicks

s/Nancy L. Isserlis
Nancy L. Isserlis
Office of the City Attorney
808 W. Spokane Falls Blvd.
5th Floor, Municipal Building
Spokane, WA 99201-3326

STIP MOTION FOR ORDER FOR COURT TO RETAIN JURISDICTION WITH RESPECT TO THE BINDING SETTLEMENT AGMT - 4

**NANCY L. ISSERLIS, City Attorney**
**OFFICE OF THE CITY ATTORNEY**
**5th Floor Municipal Building**
**Spokane, WA 99201-3326**
**(509) 625-6225**
**FAX (509) 625-6277**