HONORABLE LONNY R. SUKO

NANCY L. ISSERLIS
City Attorney
ELLEN M. O'HARA
SALVATORE J. FAGGIANO
Assistant City Attorneys
OFFICE OF THE CITY ATTORNEY
808 W. Spokane Falls Blvd.
SPOKANE, WA  99201-3326
Telephone: (509)625-6225
Fax:(509)625-6277
Attorneys for Defendants City of Spokane,
   Braun, Dahle, Raleigh, Torok,
   Voeller, Uberuaga & Ferguson

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ESTATE OF OTTO ZEHM, deceased, Genevieve Mann Personal Representative; and ANN ZEHM, in her personal capacity,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF SPOKANE, JIM NICKS, KARL THOMPSON, STEVEN BRAUN, ZACK DAHLE, ERIN RALEIGH, DAN TOROK, RON VOELLER, JASON UBERAGA, and THERESA FERGUSON, each in their personal and representative capacities,<br><br>Defendants. | NO. CV-09-80-LRS<br><br>STIPULATED MOTION FOR ORDER OF DISMISSAL, WITH PREJUDICE |

COME NOW the plaintiffs, by and through their undersigned attorneys, and Defendants, by and through their undersigned attorneys, and move the Court for an Order of Dismissal, With Prejudice.  The plaintiffs' complaint

STIPULATED MOTION FOR ORDER OF
DISMISSAL, WITH PREJUDICE - 1

NANCY L. ISSERLIS, City Attorney
OFFICE OF THE CITY ATTORNEY
5th Floor Municipal Building
Spokane, WA  99201-3326
(509) 625-6225
FAX (509) 625-6277

should be dismissed with prejudice and without further costs to any party as the parties have reached a settlement for which the plaintiffs have given the defendants a full and complete release on this claim.

DATED this 22nd day of August, 2012.

s/Nancy L. Isserlis
Nancy L. Isserlis, WSBA #11623
City Attorney
Attorney for Defendants City of Spokane,
   Braun, Dahle, Raleigh, Torok,
   Voeller, Uberuaga & Ferguson
Office of the City Attorney
808 W. Spokane Falls Blvd.
Spokane, WA  99201-3326
Telephone:  (509) 625-6225
Fax:  (509) 625-6277
Email:  nisserlis@spokanecity.org

s/Breean L. Beggs
Breean L. Beggs, WSBA #20795
Paukert & Troppmann, PLLC
Attorney for Plaintiffs
522 W. Riverside Ave., Ste. 560
Spokane, WA  99201
Telephone (509) 232-7760
Email: bbeggs@pt-law.com

s/Jeffry Finer
Jeffry Finer, WSBA #14610
Attorney for Plaintiffs
35 W. Main, Ste. 300
Spokane, WA  99201
Telephone (509) 835-5211
Email: Jeffry@finer-bering.com

STIPULATED MOTION FOR ORDER OF DISMISSAL, WITH PREJUDICE - 2

NANCY L. ISSERLIS, City Attorney
OFFICE OF THE CITY ATTORNEY
5th Floor Municipal Building
Spokane, WA  99201-3326
(509) 625-6225
FAX (509) 625-6277

should be dismissed with prejudice and without further costs to any party as the parties have reached a settlement for which the plaintiffs have given the defendants a full and complete release on this claim.

DATED this 22nd day of August, 2012.

s/Nancy L. Isserlis
Nancy L. Isserlis, WSBA #11623
City Attorney
Attorney for Defendants City of Spokane,
   Braun, Dahle, Raleigh, Torok,
   Voeller, Uberuaga & Ferguson
Office of the City Attorney
808 W. Spokane Falls Blvd.
Spokane, WA  99201-3326
Telephone:  (509) 625-6225
Fax:  (509) 625-6277
Email:  nisserlis@spokanecity.org

s/Breean L. Beggs
Breean L. Beggs, WSBA #20795
Paukert & Troppmann, PLLC
Attorney for Plaintiffs
522 W. Riverside Ave., Ste. 560
Spokane, WA  99201
Telephone (509) 232-7760
Email: bbeggs@pt-law.com

s/Jeffry Finer
Jeffry Finer, WSBA #14610
Attorney for Plaintiffs
35 W. Main, Ste. 300
Spokane, WA  99201
Telephone (509) 835-5211
Email: Jeffry@finer-bering.com

STIPULATED MOTION FOR ORDER OF DISMISSAL, WITH PREJUDICE - 2

NANCY L. ISSERLIS, City Attorney
OFFICE OF THE CITY ATTORNEY
5th Floor Municipal Building
Spokane, WA  99201-3326
(509) 625-6225
FAX (509) 625-6277

1  s/Carl Oreskovich
2  Carl Oreskovich, WSBA #12779
   Etter McMahon Lamberson Clary & Oreskovich, PC
3  Attorney for Karl Thompson
4  618 W. Riverside Ave., Ste. 210
   Spokane, WA  99201-0602
5  Telephone (509)747-9100
6  Email: carl@ettermcmahon.com

7
            s/Kjirstin J. Graham
8           Kjirstin J. Graham, WSBA #40328
9           s/Theodore J. Angelis
            Theodore J. Angelis, WSBA #30300
10          K&L Gates
            Attorneys for Jim Nicks
11          618 W. Riverside Ave., Ste. 300
12          Spokane, WA  99201
            Telephone (509) 624-2100
13          Email: kjirstin.graham@klgates.com
14          Email: theo.angelis@klgates.com

15
16
17
18
19
20
21
22
23
24
25
26
27
28

STIPULATED MOTION FOR ORDER OF
DISMISSAL, WITH PREJUDICE - 3

**NANCY L. ISSERLIS, City Attorney**
**OFFICE OF THE CITY ATTORNEY**
**5th Floor Municipal Building**
Spokane, WA  99201-3326
(509) 625-6225
FAX (509) 625-6277

CERTIFICATE OF SERVICE

I hereby certify that on the 22nd day of August, 2012, I electronically filed the foregoing "Stipulated Motion for Order of Dismissal, With Prejudice" with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following:

Breean L. Beggs
breean@cforjustice.org
Jeffry Finer
jfiner@cforjustice.org
Center for Justice
35 West Main, Suite 300
Spokane, WA  99201
Attorneys for Plaintiffs

Carl J. Oreskovich
carl@ettermcmahon.com
Etter, McMahon, Lamberson, Clary & Oreskovich, P.C.
Bank of Whitman, Suite 210
618 West Riverside Avenue
Spokane, WA  99201
Attorneys for Karl Thompson

Kjirstin J. Graham
Kjirstin.graham@klgates.com
K&L Gates LLP
618 W. Riverside Ave., Suite 300
Spokane, WA  99201-0602
Attorney for Jim Nicks

         s/Nancy L. Isserlis
         Nancy L. Isserlis
         Office of the City Attorney
         808 W. Spokane Falls Blvd.
         5th Floor, Municipal Building
         Spokane, WA  99201-3326

STIPULATED MOTION FOR ORDER OF DISMISSAL, WITH PREJUDICE - 4

NANCY L. ISSERLIS, City Attorney
OFFICE OF THE CITY ATTORNEY
5th Floor Municipal Building
Spokane, WA  99201-3326
(509) 625-6225
FAX (509) 625-6277