HONORABLE LONNY R. SUKO

1

2   NANCY L. ISSERLIS
    City Attorney
3   ELLEN M. O'HARA
    SALVATORE J. FAGGIANO
4   Assistant City Attorneys
    OFFICE OF THE CITY ATTORNEY
5   808 W. Spokane Falls Blvd.
    SPOKANE, WA  99201-3326
6   Telephone: (509)625-6225
    Fax:(509)625-6277
7   Attorneys for Defendants City of Spokane,
        Braun, Dahle, Raleigh, Torok,
8       Voeller, Uberuaga & Ferguson

9

10

11              UNITED STATES DISTRICT COURT

12           EASTERN DISTRICT OF WASHINGTON

13

14   ESTATE OF OTTO ZEHM, deceased,          NO. CV-09-80-LRS
     Genevieve Mann Personal Representative;
15   and ANN ZEHM, in her personal capacity,

16          Plaintiffs,

17   v.                                       ORDER OF DISMISSAL,
                                              WITH PREJUDICE
18   CITY OF SPOKANE, JIM NICKS, KARL
19   THOMPSON, STEVEN BRAUN, ZACK
     DAHLE, ERIN RALEIGH, DAN TOROK, RON
20   VOELLER, JASON UBERAGA, and THERESA
     FERGUSON, each in their personal and
21   representative capacities,

22          Defendants.

23

24          For the reasons provided in the parties stipulated motion for order of

25   dismissal with prejudice:

26

27

28

ORDER OF DISMISSAL, WITH PREJUDICE - 1

NANCY L. ISSERLIS, City Attorney
OFFICE OF THE CITY ATTORNEY
5th Floor Municipal Building
Spokane, WA  99201-3326
(509) 625-6225
FAX (509) 625-6277

Subject to the retention of jurisdiction by this court for the purposes of enforcing the settlement agreement entered into by the parties June 12, 2012, as more specifically referenced in the Order Retaining Jurisdiction (ECF 141),

IT IS HEREBY ORDERED that the plaintiffs' complaint and any and all counterclaims filed by the defendants are hereby dismissed with prejudice and without further costs to any of the parties.

DATED this 24th day of August, 2012.

*s/Lonny R. Suko*

_____
LONNY R. SUKO
U.S. DISTRICT COURT JUDGE

ORDER OF DISMISSAL, WITH PREJUDICE - 2

NANCY L. ISSERLIS, City Attorney
OFFICE OF THE CITY ATTORNEY
5th Floor Municipal Building
Spokane, WA 99201-3326
(509) 625-6225
FAX (509) 625-6277